UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH FERDINANDO,

    Plaintiff,

v.                                                          CASE NO: 8:08-cv-412-T-23TGW

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant,
_____/

## **ORDER**

Pursuant to a standing order of this court dated January 5, 1998, and Local Rule 6.01(c)(21), the Commissioner's unopposed motion (Doc. 14) for "entry of judgment with remand" was referred to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's August 22, 2008, report and recommendation (Doc. 16), no party objects to the report and the time for filing objections has expired.

Accordingly, the Magistrate Judge's report and recommendation (Doc. 16) is **ADOPTED**, and the Commissioner's motion is **GRANTED**. Pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3), the Commissioner's judgment is **VACATED**, and this action is **REMANDED** to the Commissioner. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on September 17, 2008.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge